# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH EDMUND GILMORE, | CASE NO. 1:11-CV-00280-LJO-DLB PC |
| Plaintiff, | ORDER REGARDING DISCOVERY AND SCHEDULING ORDER AS TO DEFENDANT TATE |
| v. | |
| TATE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Elijah Edmund Gilmore ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Renninger, Bennett, and Tate.  The Court issued a Discovery and Scheduling Order on November 22, 2011.  Doc. 16.  On January 3, 2012, Defendant Tate filed his answer. In the interest of judicial economy, the Court will apply the November 22, 2011 Discovery and Scheduling Order to Defendant Tate.  Accordingly, it is HEREBY ORDERED that the Discovery and Scheduling Order, issued November 22, 2011, applies to Defendant Tate.

IT IS SO ORDERED.

Dated:   **January 4, 2012**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE