UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH EDMUND GILMORE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TATE, Chief Medical Officer; BENNETT, Nurse; V. RENNIGER, Medical Technician Assistant; HUTTLE, Medical Technician Assistant; JOHN DOE 1 and JOHN DOE 2, Correctional Officers,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00280 LJO-DLB (PC)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT TATE FROM THIS ACTION WITH PREJUDICE** |

GOOD CAUSE APPEARING, based on stipulation of the parties;

IT IS HEREBY ORDERED that Defendant TATE is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), each party to bear their own fees and costs.

IT IS SO ORDERED.

　　Dated:　**June 11, 2012**　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 1 -

1:11-CV-0280-DLB (PC)
[PROPOSED] ORDER