# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH EDMUND GILMORE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TATE, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 1:11-cv-00280-LJO-DLB PC<br><br>ORDER DENYING DEFENDANT TATE'S MOTION TO COMPEL AS MOOT<br><br>(DOC. 32) |

　　　　Plaintiff Elijah Edmund Gilmore ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was proceeding against Defendants Tate, Bennett, and Renniger for deliberate indifference to a serious medical need in violation of the Eighth Amendment.  On June 8, 2012, Defendant Tate and Plaintiff filed a joint stipulation to dismiss Defendant Tate from this action with prejudice.  On June 11, 2012, United States District Judge Lawrence J. O'Neill granted the stipulation.  Pending before the Court is Defendant Tate's motion to compel, filed April 9, 2012.  Doc. 32.  Because Defendant Tate was dismissed with prejudice, his motion to compel is now moot.  Accordingly, it is HEREBY ORDERED that Defendant Tate's motion to compel is denied as moot.

　　　　IT IS SO ORDERED.

　　Dated:　**June 13, 2012**　　　　　　　　／s／ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1